UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GILBERT SALAS ANGULO, | ) | No. CV 08-05149-VBK |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| ――――――――――――――――― | ) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: April 24, 2009

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE